■ In the Matter of ROBERT PETER A., JR., et al. FRANCINE A. et al., Appellants, v GRAHAM-WINDHAM, Respondent. LENORE GITTIS, Law Guardian. — Orders, Family Court of the State of New York, New York County (Sheldon Rand, J.), entered on October 24, 1983, unanimously affirmed, without costs and without disbursements. Application by appellant Francine A.'s counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant Francine A.'s counsel that there are no nonfrivolous points which could be raised on appeal. Concur — Murphy, P. J., Ross, Lynch, Milonas and Ellerin, JJ.

■ BRETT MATCHTON, Appellant, v HENRY RUSSELL et al., Defendants, and NATHAN KALIKOW et al., Respondents. — Order, Supreme Court, New York County (Alfred Ascione, J.), entered on or about May 23, 1984, unanimously affirmed, without costs and without disbursements; and the appeal from the order of said court (Edward Greenfield, J.), entered on or about January 22, 1985, dismissed as waived. No opinion. Concur — Murphy, P. J., Sullivan, Ross and Lynch, JJ.

■ MARIA E. LOPEZ, Respondent, v ERNESTO M. LOPEZ, Appellant. — Appeals from an order, Supreme Court, New York County (Hortense Gabel, J.), entered on or about September 20, 1984, and from a judgment of said court entered thereon on September 21, 1984, withdrawn, without costs to either party as against the other, per stipulation dated May 13, 1985. No opinion. Concur — Murphy, P. J., Sullivan, Ross, Lynch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL LUIS RIVERA, Appellant. — Judgment, Supreme Court, New York County (Frederic Berman, J.), entered on July 12, 1978, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur — Kupferman, J. P., Sullivan, Ross and Carro, JJ.

■ EDWARD E. BENEDICT, Appellant, v CAMILLE LOWNDS, Also Known as CAMILLE L. BENEDICT, et al., Respondents. — Leave, *sua sponte,* granted to appellant to appeal to this court and, upon appeal, order, Supreme Court, New York County (Alvin Klein, J.) entered on April 16, 1984, unanimously affirmed. Respondents shall recover of appellant one bill of $50 costs and disbursements of this appeal. No opinion. Concur — Kupferman, J. P., Carro, Bloom and Rosenberger, JJ.